UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ELEANOR JANICE LAW, | § § § |
| versus | §   CASE NO. 1:17-cv-01069 § |
| Loretta E. Lynch, United States Attorney General | § § § |

## PLAINTIFF'S VACATION NOTICE IN 17-1096 (ABJ)

COMES NOW PLAINTIFF ELEANOR JANICE LAW in the above case, giving notice of her vacation dates. This "Vacation Notice" information, which is required to be filed in some courts, is offered in this court for the convenience of the Court and opposing counsel, as well as Plaintiff in planning future dates and times for proceedings in the above case.

Plaintiff lives in Houston, Texas. This 1,500 mile one way distance can create scheduling issues.

Plaintiff requests respectfully, that in order to purchase the cheapest plane ticket, that she be given at least two weeks notice of any in court proceedings, if at all possible.

Further she respectfully requests that any 2017 "in person" or "phone" proceedings **not** be scheduled on the following dates:

Monday, July 3
Monday, July 24-25 *(Judicial Conference)*
Thursday, July 27-28
Wednesday, August 16-August 18 *(Part I of 24th wedding Anniversary trip)*
Monday, September 4 through Tuesday, September 12 *(Judicial Conference and Part II of 24th wedding Anniversary trip)*
Thursday, August 28 *(AWWNM program noon-1 p.m.*
Wednesday, September 25-27
Tuesday, October 31 through Friday, November 3 *(Law school ceremonies in Florida publicly honoring all grads who became judges, including Plaintiff, on the occasion of the 40th anniversary ceremonies of the law school)*



Plaintiff is appreciative of whatever schedule accommodations might be accorded to her in the above regards.

Respectfully submitted,

*E. Janice Law*
(Signature of Plaintiff)

Address: 5137 Doliver Drive
Houston, Texas 77056
Email: ejalaw@comcast.net
Telephone: (713) 515-6282 (cell)

## CERTIFICATE OF SERVICE

I, ELEANOR JANICE LAW, Plaintiff in the above case, certify that on June 27, 2017 by regular mail, I sent a copy of this to: U.S. District Judge Amy B. Jackson, U.S. District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington D.C. 20001 and Wyneva Johnson, AUSA, Office of the U.S. Attorney, 555 Fourth Street NW, Washington, D.C. 20530.

*E. Janice Law*
Eleanor Janice Law, Plaintiff

JUDGE JANICE LAW
HOUSTON, TX 77056

5137 Doliver Dr.

NORTH HOUSTON TX 773
27 JUN 2017 PM 3 L

Office of District Clerk
U.S District Court
333 Constitution Ave NW
Washington, D.C.
20001

20001-263700

